IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01780-WYD-MJW

JAMES R. SWELLER,

    Plaintiff,

v.

WALTER T. KUSUMOTO, M.D.;
KAISER PERMANENTE INSURANCE COMPANY; and
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendants Walter Kusumoto, M.D. and Kaiser Foundation Health Plan of Colorado's Motion to Dismiss filed September 19, 2005. Attached to the motion is evidence outside of the pleadings in this matter.

Pursuant to the Federal Rules, if a court considers matters outside of the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) should be treated as a motion for summary judgment. FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995). However, if the Court treats this motion as a motion for summary judgment, it fails to comply with Section VI of this Court's Hearing, Conference & Trial Procedures. Further, the motion exceeds the page limits imposed by Section II.1. of the Hearing, Conference and Trial Procedures. Accordingly, it is

ORDERED that Defendants Walter Kusumoto, M.D. and Kaiser Foundation Health Plan of Colorado's Motion to Dismiss filed September 19, 2005. is **STRICKEN** with leave to refile. Defendants may refile the motion within ten (10) days as a motion to dismiss without the accompaniment of affidavits or other outside evidence. In the alternative, Defendants may refile the motion within ten (10) days as a motion for summary judgment in compliance with this Court's Hearing, Conference & Trial Procedures. Regardless of how the motion is styled, it must comply with the page limits of the Court's Procedures.

Dated: September 22, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge