IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01780-WYD-MJW

JAMES R. SWELLER,

      Plaintiff,

v.

WALTER T. KUSUMOTO, M.D.;
KAISER PERMANENTE INSURANCE COMPANY; and
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

      Defendants.

---

### ORDER

---

THIS MATTER is before the Court on Defendant Kaiser Permanente Insurance Company's Motion for Summary Judgment, filed October 3, 2005, and Plaintiff's Response to Kaiser Permanente Insurance Company's Motion for Summary Judgment, filed November 7, 2005.  In his Response, Plaintiff agrees to dismiss Kaiser Permanente Insurance Company from this case.  Accordingly, it is

ORDERED that the claims and causes of action asserted against Defendant Kaiser Permanente Insurance Company are **DISMISSED WITHOUT PREJUDICE**, each side to bear his or her own attorneys' fees and costs.

Dated:  November 17, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge