IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01780-WYD-MJW

JAMES R. SWELLER,

      Plaintiff,

v.

WALTER T. KUSUMOTO, M.D.;
KAISER PERMANENTE INSURANCE COMPANY; and
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

      Defendants.

_____

### ORDER

_____

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Defendant Kaiser Foundation Health Plan of Colorado (#25), filed November 17, 2005.   Having reviewed Plaintiff's Motion and being otherwise fully advised, it is

ORDERED that the claims and causes of action asserted against Defendant Kaiser Foundation Health Plan of Colorado are **DISMISSED WITHOUT PREJUDICE**, each side to bear its own attorneys' fees and costs.

Dated:  November 21, 2005

BY THE COURT:

s/ Wiley Y. Daniel_____
Wiley Y. Daniel
U. S. District Judge