IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01780-WYD-MJW

JAMES R. SWELLER,

Plaintiff(s),

v.

WALTER T. KUSUMOTO, M.D.; et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion for Leave to Amend First Amended Verified Complaint and Jury Demand, which was filed on December 1, 2005 (Docket No. 29), is granted. Accordingly, within ten days of this Minute Order the plaintiff shall file the tendered Second Amended Verified Complaint and Jury Demand.

Date: January 5, 2006