IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01780-WYD-MJW

JAMES R. SWELLER,

    Plaintiff,

v.

WALTER T. KUSUMOTO, M.D.;and
COLORADO PERMANETE MEDICAL GROUP, P.C.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on Defendant Colorado Permanente Medical Group, P.C.'s Motion to Join in Co-Defendant Walter T. Kusumoto, M.D.'s Motion for Summary Judgment (# 47), filed January 19, 2006.  On January 31, 2006, Plaintiff filed a Response (# 50), stating that he had no objection to the Motion to Join.   As such, Defendant Colorado Permanente Medical Group, P.C.'s Motion to Join in Co-Defendant Walter T. Kusumoto, M.D.'s Motion for Summary Judgment (# 47) is **GRANTED**.

    Dated:  January 31, 2006

                                                 s/ M. Brooke McKinley
                                                 Law Clerk to
                                                 Wiley Y. Daniel
                                                 U. S. District Judge