IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01780-WYD-MJW

JAMES R. SWELLER,

Plaintiff(s),

v.

WALTER T. KUSUMOTO, M.D.; et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendants' Status Report and Motion to Stay Pending Settlement Conference (docket no. 65) is GRANTED finding good cause shown. Based upon the status report, the parties have settled this case. The settlement conference set before Magistrate Judge Watanabe on March 30, 2006, at 3:30 p.m. is VACATED.

     It is FURTHER ORDERED that the parties shall submit their stipulation for dismissal to Judge Daniel on or before April 14, 2006 or show cause why this case should not be dismissed.

Date:   March 28, 2006