IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01780-WYD-MJW

JAMES R. SWELLER,

Plaintiff(s),

v.

WALTER T. KUSUMOTO, M.D.; et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' Motion to Stay Further Proceedings and Status Report (docket no. 69) is GRANTED finding good cause shown. The parties have reached a settlement of this case and need time to complete the settlement documents. This case is STAYED until further Order of Court. The parties shall file their stipulation for dismissal with the court on or before May 1, 2006, or show cause why this case should not be dismissed.

Date:   April 17, 2006