IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01780-WYD-MJW

JAMES R. SWELLER,

     Plaintiff,

v.

WALTER T. KUSUMOTO, M.D.; and
COLORADO PERMANETE MEDICAL GROUP, P.C.,

     Defendants.

_____

### ORDER OF DISMISSAL
_____

     The parties filed a Stipulation to Dismiss with Prejudice Defendants Walter T.

Kusumoto, M.D. and Colorado Permanente Medical Group, P.C. [# 74] on May 30,

2006.  After a careful review of the Stipulation and the file, the Court concludes that the

case should be dismissed with prejudice.  Accordingly, it is

     ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay

his or its own costs and attorney's fees.

     Dated:  June 2, 2006

                            BY THE COURT:


                            s/ Wiley Y. Daniel_____
                            Wiley Y. Daniel
                            U. S. District Judge